NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BARBARA ANN JOHNSON,        )
                            )
         Appellant,         )
                            )
v.                          )        Case No. 2D18-2731
                            )
STATE OF FLORIDA,           )
                            )
         Appellee.          )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Ronald N. Toward, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.